Notice of Appeal Criminal

CO-290
Rev. 3/88

## United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
              vs. )  Criminal No. _P-0571336_
_Joseph S. DeRaymond_ )
_MAX OBUSZEWSKI E/T AL_

### NOTICE OF APPEAL

Name and address of appellant: _Joseph S. DeRaymond_

_9017_

Name and address of appellant's attorney: _pro se_

Offense: _Demonstrating without a permit_

Concise statement of judgment or order, giving date, and any sentence:

Name and institution where now confined, if not on bail:

    I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_12/21/05_            _Joseph S. DeRaymond_
DATE                                         APPELLANT

                                         ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE
PAID USDC FEE
PAID USCA FEE

Does counsel wish to appear on appeal?      YES ☐    NO ☐
Has counsel ordered transcripts?      YES ☐    NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?      YES ☐    NO ☐

RECEIVED
DEC 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT